UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>              Plaintiff,<br><br>   v.<br><br>SPECIAL OPERATION GROUP, et al.,<br><br>             Defendants. | CASE NO. C18-5872 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DEADLINE AND MOTION TO PROCEED *IN FORMA PAUPERIS* AND CLOSING CASE |

This matter comes before the Court on the Court's order dismissing Plaintiff Justin Edward Lewis's ("Lewis") proposed complaint, Dkt. 5, and Lewis's motion to extend the deadline to file an amended complaint, Dkt. 6.

On October 22, 2018, Lewis filed a motion to proceed *in forma pauperis* and proposed complaint against Defendants Special Operation Group, Cory Manchester, Jason Bowman, James InDacott, and Tim Garritty ("Defendants"). Dkts. 1, 1-1. Lewis alleged that Defendants engaged in a wide-ranging conspiracy to violate his Fourth Amendment rights. Dkt. 1-1 at 3. On January 4, 2019, the Court dismissed the complaint, granted Lewis leave to amend, set a deadline of February 1, 2019 for Lewis to

file an amended complaint, and renoted Lewis's motion for consideration on the Court's February 1, 2019 calendar. Dkt. 5.

On January 16, 2019, Lewis filed a motion to extend the deadline to file an amended complaint because he was recently incarcerated and does not have access to a law library. Dkt. 6. The Court denies this motion because the Court requested an amended complaint that set forth specific factual allegations. *See* Dkt. 5 at 3–4. There was no requirement that Lewis cite any law in that complaint. The fact that Lewis can write a motion for an extension is some evidence that he can also write an amended complaint that meets the bare requirements set forth in the Court's order. Moreover, Lewis has failed to file an amended complaint as of the date of this order. Therefore, the Court **DENIES** Lewis's motion for an extension because he has failed to show good cause for such an extension.

Regarding Lewis's motion to proceed *in forma pauperis*, the Court also **DENIES** this motion because Lewis has failed to file an amended complaint setting for sufficient allegations to state a claim.

The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 6th day of March, 2019.

BENJAMIN H. SETTLE
United States District Judge